UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARINA MAGALLANES, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TSA STORES, INC.,<br><br>Defendant. | Case No.  5:15-cv-04982-EJD<br><br>**ORDER STAYING CASE** |

Having reviewed the Notice filed on March 7, 2016 (Dkt. No. 22), the court has determined that this action is subject to the mandatory stay provisions contained in 11 U.S.C. § 362. Accordingly, this action is STAYED in favor of Defendant's bankruptcy proceedings as to all claims asserted until further order of the court. The Case Management Conference scheduled for March 31, 2016, is VACATED and the Clerk shall ADMINISTRATIVELY CLOSE this file.

The court schedules this action for a Status Conference at **10:00 a.m. on September 15, 2016**. On or before **September 8, 2016**, the parties shall file a Joint Status Conference Statement which provides, inter alia, an update as to Defendant's bankruptcy proceeding.

**IT IS SO ORDERED.**

Dated: March 17, 2016

_____
EDWARD J. DAVILA
United States District Judge