UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARINA MAGALLANES, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TSA STORES, INC.,<br><br>Defendant. | Case No. 5:15-cv-04982-EJD<br><br>**ORDER TO SHOW CAUSE** |

On March 17, 2016, the court issued an order staying this action in favor of Defendant's bankruptcy proceedings. In that same order, the court scheduled this action for a Status Conference at 10:00 a.m. on September 15, 2016, and required the parties to file, on or before September 8, 2016, a Joint Status Conference Statement which provides, inter alia, an update as to Defendant's bankruptcy proceeding. As of the time this order was filed, the parties have not complied as directed.

Accordingly, the court hereby issues an order to show cause why this case should not be dismissed for failure to prosecute. If Plaintiff does not, by **12:00 p.m. on September 13, 2016**, file or cause to be filed a Joint Status Conference Statement, the court will dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: September 9, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04982-EJD
ORDER TO SHOW CAUSE

1